UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GOOGLEBYTE, also known as ANDREW K. BONNER, JR.,** | |
| *Plaintiff,* | Civil Action No. 18-11920 |
| v. | ORDER |
| **NEW YORK JETS, LLC,** | |
| *Defendant.* | |

**THIS MATTER** comes before the Court by way of Plaintiff Googlebyte a/k/a Andrew K. Bonner, Jr.'s ("Plaintiff") motion to proceed *in forma pauperis* under 28 U.S.C. § 1915, ECF No. 1; and it appearing that

only natural persons may proceed *in forma pauperis*, Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194 (1993); and it appearing that

Plaintiff is a registered New Jersey business, and not a natural person, Compl. at p. 1, ECF No. 1;

**IT IS** on this 14th day of August, 2018,

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **DENIED**; and it is further

**ORDERED** that the Clerk shall close this case. Plaintiff may reopen the case by submitting, within 14 days from the date of this Order, payment in the amount of $400.

*/s Madeline Cox Arleo*_____
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

1