RECEIVED IN THE CHAMBERS OF

Attention: Hon. Madeline Cox Arleo

United States District Court

Martin Luther King Building & U.S. Courthouse

50 Walnut Street Room 4015

Newark, NJ 07101

JAN 0 9 2019

HON. MADELINE COX ARLEO

In Reference To:    Googlebyte v. New York Jets, LLC;

Civ. Action No. 2:18-cv-11920 (MCA)(MAH)

Dear Hon. Madeline Cox Arleo,

    I, Andrew K. Bonner Jr. the Plaintiff and CEO/Owner of Googlebyte am writing this letter as I was advised to do by the court clerk's office. I was told by a court clerk that if I needed to communicate anything else about the rescheduling I asked for in a previous document, I should put it in writing. In my previous document I asked for a postponement of the motion scheduled for January 22, 2019. I must communicate in this letter that a rescheduling of the motion cannot be on a few certain dates of which I will be doing very important testing. I am asking that a rescheduling of the Defendant's motion please not be scheduled for March 19th, March 20th, or March 21st of 2019. I hope that the court can please understand that the rescheduling of the Defendant's motion which was scheduled for January 22, 2019 cannot be rescheduled to March 19th, March 20th, or March 21st of 2019 because plaintiff is unable to appear on those dates. Plaintiff is respectfully asking that the court take into account Plaintiff's personal schedule conditions when rescheduling the motion that was supposed to be on January 22, 2019 at 10:00 am. Plaintiff respectfully submits this to the court in good faith.

Respectfully,

Andrew K. Bonner Jr. CEO/Owner of Googlebyte