## NOTICE OF MOTION

**Plaintiff: Googlebyte**

v.                                                           MOTION TO STAY PROCEEDINGS

**Defendant: New York Jets, LLC**

**Googlebyte v. New York Jets, LLC**          Civ. Action No. 2:18-cv-11920

  Plaintiff enters this motion for a stay of proceedings in the case Googlebyte v. New York Jets, LLC. Plaintiff enters this motion to stay proceedings due to a number of impeding and obstructing circumstances. Plaintiff is currently in an everyday obligation that prevents plaintiff from even missing 4 days of this obligation without consequences. The consequences of not adhering to this 4 days off standard also have monetary consequences. Furthermore, plaintiff will also be entering into another required obligation that has phases of testing and also a term of a residency requirement that cannot be missed or altered or postponed. In addition to those circumstances plaintiff has also incurred a travel funds problem that has just recently taken affect. Due to these circumstances and others that plaintiff is unwilling to reveal in this document because of fear of court document theft, plaintiff is respectfully asking the court to stay the proceedings of the above titled case for one calendar year until impeding circumstances have subsided and plaintiff is able to then motion to proceed, amend, or reinstate case. Plaintiff believes that no longer brief is needed for this motion.

Respectfully Submitted,

  Plaintiff: Googlebyte

## CERTIFICATION OF SERVICE

I, Googlebyte, certify that a copy of my motion was served by way of United States Postal Service on February 4, 2019 upon the opposing party.

New York Jets, LLC
Represented by: Ronald J. Levine
Herrick, Feinstein LLP
One Gateway Center
Newark, NJ 07102

CEO of Googlebyte

Th s packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

PRIORITY MAIL POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY MAIL

FROM:
Googlebyte
719 Irving Avenue
Bridgeton, NJ 08302

RECEIVED
FEB 0 6 2019
AT 8:30
WILLIAM T. WALSH, CLERK

TO:
Attention: Hon. Madeline Cox Arleo
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

X-RAYED

Label 228, March 2016

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FOR DOMESTIC AND INTERNATIONAL USE



Retail
US POSTAGE PAID
Origin: 08302
02/04/19
3310500302-13
$7.35
PRIORITY MAIL 2-Day®
0 Lb 2.00 Oz
1006
EXPECTED DELIVERY DAY: 02/06/19
NEWARK NJ 07101
USPS TRACKING NUMBER
9505 5131 6261 9035 1717 07
EP14F July 2013
12.5 x 9.5